AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| THOMAS J. BOWLES | ) | Case No.  4:20 MJ  7267  SPM |
| | ) | |
| | ) | SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  between 5-31-2020 thru 8-20-2020  in the county of  Jefferson County  in the Eastern District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1591(a)(1) | sex trafficking of a child |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.
I state under the penalty of perjury that the foregoing is true and correct.

*Daniel P. Root* 8-21-2020
*Complainant's signature*

Daniel Root, SA, FBI
*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 08/21/2020

*Judge's signature*

City and state:   St. Louis, Missouri    Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*