RECEIVED
JUN 30 2022
BY MAIL
Case: 4:20-cr-00468-RLW   Doc. #: 77   Filed: 06/30/22   Page: 1 of 2 PageID #: 248

6-25-22

Dear YOUR HONOR, P. CHOAN,

AFTER RECEIVING A PSR ON 6/24/22 AND READING THIS PSR REPORT I SINCERELY BELIEVE IT TO CONTAIN A VERY LARGE AMOUNT OF FALSEHOOD THAT I PRAY THE COURT TO ALLOW ME TO REVIEW WITH MY ATTORNEY.

AND AFTER DOING SO, VIA MY CONSUL, STRONGLY OBJECT TO THESE MANY FALSEHOODS CONTAINED WITHIN THE CONTESTS OF THIS PRESENTENCE REPORT. SEVERAL OF WHICH I BELIEVE I CAN PROVE FALSE.

—RESPECTFULLY YOUR

THOMAS BOWLES

Tom Bowles, 76421, C-Pod,
STE. GENEVIEVE COUNTY JAIL
5 BASLER DR.
STE. GENEVIEVE, MO. 63670

SAINT LOUIS MO 630

(LEGAL MAIL)

RECEIVED
JUN 3 0 2022
BY MAIL

The Honorable, Judge, P. Choan, SUITE 9N,
T. EAGELTON U.S. COURTHOUSE,
111 S. 10TH ST.
ST. LOUIS, MO. 63102

(LEGAL MAIL)