RECEIVED SEP 16 2022 BY MAIL

Dear ~~Your Honor~~, Judge R.L. White,

    Relating to my previous letter describing a sexual assault/attack upon me on Feburary 12th, 2022, within the Pulaski County Detention Center, in Ullin, IL.

    On the night of my arrest back in August of 2020, I was placed in the back seat of a police SUV. To my left an officer opened the vehicle's door to retrieve equiptment. I asked this officer what was this about. He responded in a very angery manner, "Because you are a babyraper, and you're going to spend the rest of your life in prison, where you're going to get raped everyday!" Then he closed the vehicle's door.

    Just a few seconds later the vehicle's door to my right opened and a video camera with a bright light was placed upon me. An officer asked me questions about this arrest. As I responded to his questions I told him how the officer to my left, just threatened me with, "rape", (sexual assault). As I said this another officer began saying, "oh, no, no", as if he wanted me to stop talking.

    Another questioned me, "Who said that?" (reffering to the rape/sexual assault threat.)

BECAUSE I WAS HANDCUFFED I GESTURED MY HEAD TOWARDS THE OFFICER MAKING THESE THREATS, WHO HAD A BALD HEAD.

ON OCTOBER THE 15TH, 2021, I WAS BEING TRANSFERED TO THE PULASKI CO. DETENTION CENTER, IN ULLIN, IL. WHILE WITHIN THE MARSHAL'S TRANSFER CENTER, (IN ST. LOUIS), IN A HALLWAY BEING HANDCUFFED AND LEG SHACKLED WITH SEVERAL OTHER INMATES, A WHITE OFFICER STANDING JUST TO MY RIGHT TOLD ME TO PLACE A MAGAZINE THAT WAS WITHIN MY HANDS INTO A YELLOW/MANILA ENVELOPE I WAS HOLDING THAT CONTAINED LEGAL PAPERWORK.

AS I WAS DOING THIS A AFRICAN-AMERICAN OFFICER, JUST TO MY LEFT, QUICKLY SLAPPED EVERYTHING WITHIN MY HANDS ONTO THE FLOOR. STUNNED AND SURPRISED, I MUTTERED THE WORDS, "SON of A B****." THIS AFRICAN-AMERICAN OFFICER THEN SAID, VERY LOUDLY, "OH, YEAH! I'LL HAVE YOU RAPED!" MANY OF THE INMATES WHO HEARD HIM JUST SHOOK THEIR HEADS. THE WHITE OFFICER JUST TO MY RIGHT, WHO GAVE ME THE INSTRUCTIONS, JUST SHRUGGED HIS SHOULDERS AND SAID, "HE IS RANKED ABOVE ME."

I THEN SPOKE UP SAYING NOT ONLY DO THE OFFICERS HAVE THE RESPONSIBILITY TO CONTAIN ME, BUT TO ALSO PROTECT INMATES FROM...

...SUCH SEXUAL ASSAULT. I THEN ASKED, "WHO IS IN CHARGE HERE?" A OFFICER STANDING TEN FEET TO MY LEFT THEN SAID, "I AM!"

KNOWING THAT HE HAD HEARD WHAT HAD TRANSPIRED I THEN REPEATED THAT IT IS AN INMATES RIGHT TO BE FREE OF SUCH SEXUAL ASSAULT, I WAS JUST THREATENED WITH. HE THEN ASKED ME IF I WAS SEXUALLY ASSAULTED. AFTER I SAID, "NO", HE THEN LOOKED THE OTHER WAY.

AFTER THESE TWO THREATS BY THESE TWO SEPARATE OFFICERS OF THE LAW, I DO NOT BELIEVE THE ATTACK AND SEXUAL ASSAULT UPON ME, ON FEB. 12TH, 2022, AT THE PULASKI CO. DETENTION CENTER, IN ULLIN, IL., WAS COINCIDENTAL.

BACK IN THE WINTER OF 2002 WHILE WITHIN THE ST. LOUIS COUNTY JUSTICE CENTER IN CLAYTON, MO., A FOOD SERVICE EMPLOYEE AND A MEDICAL STAFF EMPLOYEE APPROACHED ME TO TELL ME THAT SOMEONE WAS CALLING THE CENTER ENCOURAGING THEM TO, "MAKE TROUBLE", FOR ME, ETC.

A FEW MONTHS AFTER THAT, IN JANUARY OF 2003, WHILE INCARCERATED WITHIN THE FULTON, MO., MO.-DOC ENTERANCE CENTER, I WAS CALLED INTO AN OFFICE AND QUESTIONED BY ADMINISTRATIVE STAFF. THEY ASKED ME IF I WAS, "HARASSING A DETECTIVE MATT O'NEIL?" WHEN I TOLD...

... THEM, "NO". THEY THEN ASKED ME... "THEN WHY IS HE CALLING UP HERE TELLING US TO TELL OTHER INMATES WHAT YOUR CHARGES ARE AND HOW MANY?"

I HAD NO ANSWER FOR THEM. AND REALIZED THAT THIS WAS MOST LIKELY THE INDIVIDUAL CALLING THE JUSTICE CENTER IN CLAYTON, MO. AS WELL.

IT WAS THEN THAT I LEARNED THAT SOME OFFICERS OF THE LAW BEHAVE IN SUCH A MANNER. I REALIZED THAT THEY ARE ALSO PEOPLE WHO CAN BE QUITE IMPERFECT LIKE THE REST OF US, OR WHO CAN BECOME CORRUPTED OR EVEN DEMENTED.

A FEW YEARS LATER, I MET A FORMER CO-WORKER OF DETECTIVE O'NEIL. THIS PERSON RECEIVED A CRIMINAL JUSTICE DEGREE, WORKED AS A PUBLIC OFFICER FOR A FEW YEARS FOR THE EXPERIENCE, WHERE HE MET HIM. AND THEN TRANSFERED INTO PRIVATE CORPORATE SECURITY MANAGEMENT, WHERE HE SAID HE MADE THREE TIMES MORE MONEY. HE TOLD ME HIMSELF THAT HE WITNESSED MATT O'NEIL CALLING JAILS AND PRISONS ENCOURAGING STAFF TO HARASS CERTAIN INMATES.

HE SAID MOSTLY THEY WOULD JUST HUMOR 'IM SAYING THINGS SUCH AS, "SURE, WE PUT THE 'OSE ON HIM!", ETC. THIS FORMER PUBLIC OFFICER...

..ALSO TOLD ME THAT MR. O'NEIL'S EX-WIFE, (AN AFRICAN-AMERICAN WOMAN), LEFT HIM BECAUSE OF THIS TYPE OF BEHAVIOR.

ON THE DAY OF AND JUST PRIOR TO THE ATTACK UPON ME ON FEB. 12TH, 2022, MY ATTACKER AMOSA RASAS, AND THE INMATE WHO TOLD HIM TO ATTACK/ASSAULT ME, BARNS, (LAST NAME), BOTH TOLD ME THAT STAFF TOLD THEM MY CHARGES.

AT THE HOSPITAL THAT VERY DAY, I REQUESTED TO HOSPITAL STAFF IF I MAY SPEAK WITH THE POLICE. WITHIN THE PULASKI CO. DETENTION CENTER, I DIALED THE PREA PHONE PROCEDURE REPORTING THIS ASSAULT. AS WELL I HAVE WRITTEN THE FOLLOWING ADDRESSES, REPORTING THIS ASSAULT;

OFFICE OF THE INSPECTOR GENRAL - U.S. DEPT. OF JUSTICE, 950 PENNSYLVANIA AVE., NW, WASHINGTON, DC., 20530-001

U.S. FEDERAL MARSHALS DEPT., 111 S. 10TH ST. #6353, ST. LOUIS, MO. 63102

ULLIN POLICE DEPT., 171 RAILROAD ST., ULLIN, IL. 62992

PULASKI CO. SHERIFF'S OFFICE, 500 ILLINOIS AVE., MOUND CITY, IL. 62963

• ILLINOIS STATE POLICE, 801 S. 7TH ST., SPRINGFEILD, IL. 62703

OVER (7) SEVEN MONTHS LATER, I STILL HAVE NOT SPOKE WITH ANY POLICE ABOUT THIS ATTACK/ASSAULT UPON ME ON 2-12-2022, AND I AM STILL IN PHYSICAL PAIN AS A RESULT.

Thank You for reading My letter.

— Sincerely,
T. Bowles
THOMAS J. BOWLES

Tom Bowles, 76421, C-Pod,
STE. GENEVIEVE CO. JAIL
5 BASLER DR.
STE. GENEVIEVE, MO. 63670

MAILED FROM
STE GENEVIEVE CO
DETENTION CENTER

SAINT LOUIS MO 630
14 SEP 2022 PM 6 L

(LEGAL MAIL)

RECEIVED
SEP 16 2022
BY MAIL

(LEGAL MAIL)

The Honorable, Judge R. L. White,
SUITE 10S,
T. EAGELTON U.S. COURTHOUSE
111 S. 10TH ST.
ST. LOUIS, MO. 63102