DEAR YOUR HONOR, JUDGE P. CHOAN,

I WAS RECENTLY TOLD THAT I HAD SIGNED A, 'ADVANCED PLEA AGREEMENT.'

I DO <u>NOT</u> RECALL SIGNING ANY PLEA AGREEMENT. RESPECTFULLY REQUESTING THAT YOU PLEASE FORWARD TO ME <u>A COPY</u> OF THIS PLEA AGREEMENT I SUPPOSINGLY SIGNED, ALONG WITH DATE I SIGNED IT.

THANK YOU. Thank you for reading my letter.

RECEIVED
SEP 28 2022
BY MAIL

— Sincerely,

T. Bowles

T. BOWLES

Tom Bowles, 76421, C-Pod,
STE. GENEVIEVE CO. JAIL
5 BASLER DR.
STE. GENEVIEVE, MO. 63670

RECEIVED
SEP 28 2022
BY MAIL   (LEGAL MAIL)

SAINT LOUIS MO 630
27 SEP 2022 PM 10 L

MAILED FROM
STE GENEVIEVE CO
DETENTION CENTER

The Honorable, Judge, P. CHOAN, (SUITE 9N),
T. EAGELTON U.S. COURTHOUSE,
111 S. 10TH ST.
ST. LOUIS, MO. 63102

63102-112748

(LEGAL MAIL)