UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 4:20 CR 468 RLW |
| v. | ) | |
| THOMAS BOWLES, | ) | |
| Defendant. | ) | |

UNITED STATES OF AMERICA'S
**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 1 | Signed Stipulation | | | |
| 2A | LaQuinta registration 5-31-2020 | | | |
| 2B | Photo of LaQuinta Computer Screen 5-31-2020 | | | |
| 3 | Photo-Line up presented to J.R. 8-21-2020 | | | |
| 4 | J.R. Birth Certificate physical and electronic | | | |
| 5A | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1825 | | | |
| 5B | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1826 | | | |
| 5C | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1827 | | | |
| 5D | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1828 | | | |
| 5E | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1829 | | | |
| 5F | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1830 | | | |
| 5G | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1831 | | | |
| 5H | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1832 | | | |
| 5I | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1833 | | | |
| 5J | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1834 | | | |

| 5K | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1835 | | | |
|---|---|---|---|---|
| 5L | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1836 | | | |
| 5M | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1837 | | | |
| 5N | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1838 | | | |
| 5O | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1839 | | | |
| 5P | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1840 | | | |
| 5Q | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1841 | | | |
| 5R | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1842 | | | |
| 5S | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1843 | | | |
| 5T | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1844 | | | |
| 5U | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1845 | | | |
| 5V | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1846 | | | |
| 5W | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1847 | | | |
| 5X | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1848 | | | |
| 5Y | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1849 | | | |
| 5Z | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1850 | | | |
| 5AA | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1851 | | | |
| 5BB | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1852 | | | |
| 5CC | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1853 | | | |
| 5DD | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1854 | | | |
| 5EE | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1855 | | | |
| 5FF | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1856 | | | |
| 5GG | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1857 | | | |
| 5HH | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1858 | | | |
| 5II | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1859 | | | |
| 5JJ | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1860 | | | |
| 5KK | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1861 | | | |

| | | | | |
|---|---|---|---|---|
| 5LL | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1862 | | | |
| 5MM | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1863 | | | |
| 5NN | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1864 | | | |
| 5OO | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1865 | | | |
| 5PP | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1866 | | | |
| 5QQ | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1867 | | | |
| 5RR | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1868 | | | |
| 5SS | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1869 | | | |
| 5TT | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1870 | | | |
| 5UU | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1871 | | | |
| 5VV | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1872 | | | |
| 5WW | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1873 | | | |
| 5XX | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1874 | | | |
| 5YY | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1875 | | | |
| 5ZZ | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1876 | | | |
| 5AAA | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1877 | | | |
| 5BBB | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1878 | | | |
| 5CCC | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1879 | | | |
| 5DDD | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1880 | | | |
| 5EEE | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1881 | | | |
| 5FFF | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1882 | | | |
| 5GGG | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1883 | | | |
| 5HHH | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1884 | | | |
| 5III | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1885 | | | |
| 5JJJ | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1886 | | | |
| 5KKK | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1887 | | | |
| 5LLL | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1888 | | | |

| | | | | |
|---|---|---|---|---|
| 5MMM | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1889 | | | |
| 5NNN | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1890 | | | |
| 5OOO | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1891 | | | |
| 5PPP | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1892 | | | |
| 5QQQ | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1893 | | | |
| 5RRR | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1894 | | | |
| 5SSS | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1895 | | | |
| 5TTT | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1896 | | | |
| 5UUU | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1897 | | | |
| 5VVV | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1898 | | | |
| 5WWW | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1899 | | | |
| 5XXX | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1900 | | | |
| 5YYY | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1914 | | | |
| 5ZZZ | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1915 | | | |
| 5AAAA | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1916 | | | |
| 5BBBB | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1917 | | | |
| 5CCCC | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1918 | | | |
| 5DDDD | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1919 | | | |
| 5EEEE | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1920 | | | |
| 5FFFF | TEXT MESSAGES W/ JR ON APPLE IPHONE - IMG_1921 | | | |
| 6 | DVD-Videos of J.R. from iPod Nano - CSAM Physical | | | |
| 6A1 | IMG-0114 Clip 1 | | | |
| 6A1a | IMG-0014 Clip 1 transcript | | | |
| 6A2 | IMG-0114 Clip 2 | | | |
| 6A2a | IMG-0014 Clip 2 transcript | | | |
| 6A3 | IMG-0114 Clip 3 | | | |
| 6A3a | IMG-0014 Clip 3 transcript | | | |

| | | | | |
|---|---|---|---|---|
| 6A4 | IMG-0114 Clip 4 | | | |
| 6A4a | IMG-0014 Clip 4 transcript | | | |
| 6A5 | IMG-0114 Clip 5 | | | |
| 6A5a | IMG-0014 Clip 5 transcript | | | |
| 6A6 | IMG-0114 Clip 6 | | | |
| 6A6a | IMG-0014 Clip 6 transcript | | | |
| 6A7 | Still image from IMG-0114 at 17:59 redacted CSAM | | | |
| 6A8 | Still image from IMG-0114 at 00:03 redacted CSAM | | | |
| 6A9 | Still image from IMG-0114 at 23:53 redacted CSAM | | | |
| 6B | IMG-0117 | | | |
| 6B1 | IMG-0117 transcript | | | |
| 7 | DVD-Videos of J.R. from ZTE - CSAM Physical | | | |
| 7A | VID_20200531-123110 | | | |
| 7A1 | VID_20200531-123110 transcript | | | |
| 7B | VID_20200531-123729 | | | |
| 7B1 | VID_20200531-123729 transcript | | | |
| 7C | VID_20200531-124306 | | | |
| 7C1 | VID_20200531-124306 transcript | | | |
| 8 | DVD  Video of Cash App $100 to J.R. 8/15/2020 Physical | | | |
| 9A | Photos from 1st Envelope (Jeff Co. 7-20-2020) - DSCF3465 | | | |
| 9B | Photos from 1st Envelope (Jeff Co. 7-20-2020) - DSCF3466 | | | |
| 9C | Photos from 1st Envelope (Jeff Co. 7-20-2020) - DSCF3467 | | | |
| 9D | Photos from 1st Envelope (Jeff Co. 7-20-2020) - DSCF3470 | | | |
| 10A | Photos from 2nd Envelope (STL Co. 8-18-2020) - 20200818_133146 | | | |
| 10B | Photos from 2nd Envelope (STL Co. 8-18-2020) - 20200818_133200 | | | |
| 10C | Photos from 2nd Envelope (STL Co. 8-18-2020) - 20200818_133340 | | | |
| 10D | Photos from 2nd Envelope (STL Co. 8-18-2020) - 20200818_133346 | | | |

| | | | | |
|---|---|---|---|---|
| 10E | Photos from 2nd Envelope (STL Co. 8-18-2020) - 20200818_133350 | | | |
| 10F | Photos from 2nd Envelope (STL Co. 8-18-2020) - 20200818_133355 | | | |
| 10G | Photos from 2nd Envelope (STL Co. 8-18-2020) - 20200818_135032 | | | |
| 10H | Photos from 2nd Envelope (STL Co. 8-18-2020) - 20200818_135039 | | | |
| 10I | Photos from 2nd Envelope (STL Co. 8-18-2020) - 20200818_135058 | | | |
| 10J | Photos from 2nd Envelope (STL Co. 8-18-2020) - 20200818_135104 | | | |
| 10K | Photos from 2nd Envelope (STL Co. 8-18-2020) - 20200818_135122 | | | |
| 11 | K.W. Birth Certificate Physical and Electronic | | | |
| 12 | K.W. Homescreen "6teen, with big dreams" | | | |
| 13A | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201437 | | | |
| 13B | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201440 | | | |
| 13C | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201450 | | | |
| 13D | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201455 | | | |
| 13E | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201504 | | | |
| 13F | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201511 | | | |
| 13G | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201518 | | | |
| 13H | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201540 | | | |
| 13I | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201548 | | | |
| 13J | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201603 | | | |
| 13K | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201829 | | | |
| 13L | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201835 | | | |
| 13M | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201842 | | | |

| | | | | |
|---|---|---|---|---|
| 13N | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201846 | | | |
| 13O | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_201850 | | | |
| 13P | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214356 | | | |
| 13Q | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214401 | | | |
| 13R | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214406 | | | |
| 13S | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214412 | | | |
| 13T | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214418 | | | |
| 13U | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214423 | | | |
| 13V | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214429 | | | |
| 13W | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214434 | | | |
| 13X | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214440 | | | |
| 13Y | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214447 | | | |
| 13Z | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214455 | | | |
| 13AA | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214549 | | | |
| 13BB | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214724 | | | |
| 13CC | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214941 | | | |
| 13DD | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214944 | | | |
| 13EE | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_214956 | | | |
| 13FF | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_215005 | | | |

| | | | | |
|---|---|---|---|---|
| 13GG | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_215029 | | | |
| 13HH | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200818_215118 | | | |
| 13II | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200819_170259 | | | |
| 13JJ | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_170909 | | | |
| 13KK | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_170919 | | | |
| 13LL | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_185044 | | | |
| 13MM | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_185050 | | | |
| 13NN | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_185056 | | | |
| 13OO | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_185104 | | | |
| 13PP | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_185110 | | | |
| 13QQ | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_185116 | | | |
| 13RR | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_185122 | | | |
| 13SS | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_185129 | | | |
| 13TT | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_185135 | | | |
| 13UU | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_185141 | | | |
| 13VV | FB Msg D - "K.W." (UC) Chats on K.W. Phone 8/12-20/2020 - 20200820_185147 | | | |
| 14 | FB Msgr Chats on D Apple iPhone 8/18-20/2020 | | | |
| 15A | IMG_0059 | | | |
| 15B | IMG_0062 | | | |
| 15C | IMG_0139 – CSAM | | | |
| 15D | IMG_0079 – CSAM | | | |

8

| | | | | |
|---|---|---|---|---|
| 15E | IMG_0138 | | | |
| 16A | Search Warrant Photos at D Residence 8/20/2020 - DSC_0006 | | | |
| 16B | Search Warrant Photos at D Residence 8/20/2020 - DSC_0147 | | | |
| 16C | Search Warrant Photos at D Residence 8/20/2020 - DSC_0207 | | | |
| 16D | Search Warrant Photos at D Residence 8/20/2020 - DSC_0208 | | | |
| 16E | Search Warrant Photos at D Residence 8/20/2020 - DSC_0210 | | | |
| 16F | Search Warrant Photos at D Residence 8/20/2020 - DSC_0211 | | | |
| 16G | Search Warrant Photos at D Residence 8/20/2020 - DSC_0212 | | | |
| 16H | Search Warrant Photos at D Residence 8/20/2020 - DSC_0214 | | | |
| 16I | Search Warrant Photos at D Residence 8/20/2020 - DSC_0215 | | | |
| 16J | Search Warrant Photos at D Residence 8/20/2020 - DSC_0217 | | | |
| 16K | Search Warrant Photos at D Residence 8/20/2020 - DSC_0235 | | | |
| 16L | Search Warrant Photos at D Residence 8/20/2020 - DSC_0236 | | | |
| 16M | Search Warrant Photos at D Residence 8/20/2020 - DSC_0243 | | | |
| 16N | Search Warrant Photos at D Residence 8/20/2020 - DSC_0244 | | | |
| 16O | Search Warrant Photos at D Residence 8/20/2020 - DSC_0245 | | | |
| 16P | Search Warrant Photos at D Residence 8/20/2020 - DSC_0246 | | | |
| 16Q | Search Warrant Photos at D Residence 8/20/2020 - DSC_0247 | | | |
| 16R | Search Warrant Photos at D Residence 8/20/2020 - DSC_0248 | | | |
| 16S | Search Warrant Photos at D Residence 8/20/2020 - DSC_0307 | | | |
| 16T | Search Warrant Photos at D Residence 8/20/2020 - DSC_0308 | | | |
| 16U | Search Warrant Photos at D Residence 8/20/2020 - DSC_0309 | | | |
| 16V | Search Warrant Photos at D Residence 8/20/2020 - DSC_0310 | | | |
| 16W | Search Warrant Photos at D Residence 8/20/2020 - DSC_0320 | | | |
| 16X | Search Warrant Photos at D Residence 8/20/2020 - DSC_0321 | | | |
| 16Y | Search Warrant Photos at D Residence 8/20/2020 - DSC_0322 | | | |
| 16Z | Search Warrant Photos at D Residence 8/20/2020 - DSC_0403 | | | |

| | | | | |
|---|---|---|---|---|
| 16AA | Search Warrant Photos at D Residence 8/20/2020 - DSC_0439 | | | |
| 17A | CV of St. Louis County PD Forensic Scientists – Emily Schmoll | | | |
| 17B | CV of St. Louis County PD Forensic Scientists – Alexis Jackson | | | |
| 17C | CV of St. Louis County PD Forensic Scientists – Justin Lautz | | | |
| 18 | CV of Det. Jim Karase | | | |
| 19A | Photos of D iPhone\IMG_1772 | | | |
| 19B | Photos of D iPhone\IMG_1904 | | | |
| 19C | Photos of D iPhone\IMG_1906 | | | |
| 19D | Photos of D iPhone\IMG_1909 | | | |
| 19E | Photos of D iPhone\IMG_1910 | | | |
| 19F | Photos of D iPhone\IMG_1913 | | | |
| 20A | Photos of D ZTE Phone Device - IMG_1807 | | | |
| 20B | Photos of D ZTE Phone Device - IMG_1809 | | | |
| 20C | Photos of D ZTE Phone Device - IMG_1810 | | | |
| 20D | Photos of D ZTE Phone Device - IMG_1811 | | | |
| 20E | Photos of D ZTE Phone Device - IMG_1812 | | | |
| 20F | Photos of D ZTE Phone Device - IMG_1816 | | | |
| 20G | Photos of D ZTE Phone Device - IMG_1821 | | | |
| 20H | Photos of D ZTE Phone Device - IMG_1822 | | | |
| 20I | Photos of D ZTE Phone Device - IMG_1823 | | | |
| 20J | Photos of D ZTE Phone Device - IMG_1824 | | | |
| 21A | Photos D Orange iPod Device - IMG_1796 | | | |
| 21B | Photos D Orange iPod Device - IMG_1797 | | | |
| 21C | Photos D Orange iPod Device - IMG_1798 | | | |
| 21D | Photos D Orange iPod Device - IMG_1799 | | | |

| | | | | |
|---|---|---|---|---|
| 21E | Photos D Orange iPod Device - IMG_1801 | | | |
| 21F | Photos D Orange iPod Device - IMG_1802 | | | |
| 21G | Photos D Orange iPod Device - IMG_1804 | | | |
| 21H | Photos D Orange iPod Device - IMG_1805 - CSAM | | | |
| 22 | 1ST ENVELOPE LETTER BIDI PKG 7 20 2020_PHYSICAL | | | |
| 23 | 2ND ENVELOPE LETTER BIDI PKG 7 20 2020_PHYSICAL | | | |
| 24 | D APPLE IPHONE DEVICE_PHYSICAL | | | |
| 25 | D ZTE DEVICE RECOVERED_PHYSICAL | | | |
| 26 | D ORANGE IPOD NANO DEVICE_PHYSICAL | | | |
| 27 | PRISTINE PHOTO PRODUCTIONS BUSINESS CARD_PHYSICAL | | | |
| 28 | 9 COPIES OF PRETTY WOMAN ARTICLE FROM PEOPLE MAGAZINE_PHYSICAL | | | |

The United States reserves the right to add additional exhibits, including rebuttal exhibits.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/Jillian Anderson*
JILLIAN ANDERSON, #53918MO
Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
Jason.Dunkel@usdoj.gov
Telephone: (314) 539-2200
Facsimile: (314) 539-3887

11

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 9, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

All Attorneys of Record.

                                         *s/Jillian Anderson*
                                         JILLIAN ANDERSON
                                         Assistant United States Attorney