## Employment and Education History
*Thomas J. Bowles*
*Docket No. 0865  4:20 CR00-468-1-RLW.*

| AGE | EMPLOYMENT | EDUCATION |
|---|---|---|
| 15-16 | Waylens Restaurant, dishwasher Normandy, MO (part-time) | In high school |
| 16 | Wehrenberg Theatres, usher North St. Louis, MO (part-time) | (Volunteer work in hospital ages 14-16) |
| 16 | Camelot Music Store, sales, stocker, cashier, Jamestown Mall, North St. Louis County, MO (part-time) | |
| 17-18 | Sam Goody Music Store, stocker, cashier, Northwest Plaza/Mall, St. Ann, MO (part-time) | (Volunteer work at nursing home for graduation requirement) |
| 18-20 | Champs Sports, sales, stocker, cashier, Northwest Plaza/Mall, St. Ann, MO (part-time) | Graduated from LOGOS High School, Olivette, MO Class of 1995, age 19 |
| 19-20 | American Eagle Outfitters, sales, stocker, cashier, Northwest Plaza/ Mall, St. Ann, MO (part-time) | St. Louis Community College, ages 19-25. (Mostly Florissant Valley Campus, 2 courses at Forest Park Campus, 1 Course at Meramec Campus.) |
| 20 | Custom Cellular/Wireless Solutions (of Southwestern Bell Mobile Systems), Sales, various locations in St. Louis, MO area, (full-time) | 50 college credits completed at STLCC, 5 via an Adult Ed program (EMT Certificate), by age 25, August, 2001. |

1

| Age | Employment | Notes |
|---|---|---|
| 20 | Circuit City Electronics, sales, cashier, North St. Louis County, MO (part-time) | |
| 20 | Brooks Brothers Clothing, sales, stocker, cashier, Galleria Mall, Richmond Heights, MO (part-time) | Since graduating from high school, until incarcerated at age 25, missed only one Semester in school. Otherwise, was enrolled full-time during the day, or taking night classes while working. |
| 20 | Hidden Valley Golf and Ski, ski-lift operator, Eureka, MO (seasonal) | |
| 21 | Preferred Pool Care, Lifeguard, North St. Louis County, MO (seasonal) | |
| 22 | Dillard Department Store, Men's shoes Department, Galleria Mall, Richland Heights, MO (full-time) | |
| 22 | Famous Barr (now Macy's), Women's shoes Department, Galleria Mall, Richmond Heights, MO (part-time) | |
| 22 | Structure, Clothing store, sales, stocker, Cashier, Galleria Mall, Richmond Heights, MO (seasonal) | |
| 23 | Ikon Office Solutions, Cannon Division, Outside office supplies sales, main office Located in North-Central South County MO (full-time) | |
| 23 | Sunglass Hut, sales, stocker, cashier, Chesterfield Mall, West St. Louis County, MO (part-time) | At or about age 24, began receiving Tuition Assistance via MO Office of Vocational Rehabilitation (V.R.) |
| 23-24 | Atilio's Discount Supplements, sales, stocker, cashier, various St. Louis area locations. (part-time) | Tested for ADD via MO V.R. at UMSL |

2

| Age | Employment | Notes |
|---|---|---|
| 24 | <u>GNC, General Nutrition Center</u>, sales, stocker, cashier, North County St. Louis, MO (part-time) | |
| 25 | <u>Sports Authority</u>, sales, stocker, St. Ann/Breckenridge Hills, MO (part-time) | Enrolled in two evening courses, withdrew when arrested in September, 2001 |

/////////////////////////////////////////////////////////////////////////////////////////////

| | | |
|---|---|---|
| 26 - 33 | **Incarcerated from September, 2001 through January, 2010** | While incarcerated, completed 2 correspondence courses (Business Law 255 and Philosophy 101) via Ohio University Independent Distance Learning Program, Athens, OH.<br><br>Started, but not able to complete, a 3rd course in 2006 (Consumer Mathematics) when the text book was destroyed by a C.O. at ERDCC in Bonne Terre, MO |

/////////////////////////////////////////////////////////////////////////////////////////////

| | | |
|---|---|---|
| 33-34 | via AeroTech Temp. Service: <u>Control Tech Automation, Division of Barry-Wehmiller</u>, Motor Control Center (MCC) Assembler. This position obtained via a Career Fair at Vatterott Technical College. (full-time) **Employed in Field of Study** | Ten weeks after release from MO.DOC, began Electrical Mechanical Program at Vatterott Technical College, with assistance from MO.V.R. |

3

////////////////////////////////////////////////////////////////////////////////////////

| | | |
|---|---|---|
| **35-40** | **Incarcerated from April, 2011 through July, 2016** | Assaulted, and then falsely charged with an A.C.A., just four weeks prior to Graduation from Vatterott Technical College Electrical Mechanical Program. |
| | | While incarcerated, completed one correspondence course (Logic) via Ohio University Independent Distance Learning Program, Athens, OH |

////////////////////////////////////////////////////////////////////////////////////////

| | | |
|---|---|---|
| 41 | Savers Thrift Superstore, recycler, St. Charles, MO (full-time) | |

////////////////////////////////////////////////////////////////////////////////////////

| | | |
|---|---|---|
| **42** | **Parole revoked from April, 2017 through April, 2018** | |

////////////////////////////////////////////////////////////////////////////////////////

| | | |
|---|---|---|
| 43 _ . | Savers Thrift Superstore, Recycler, St. Charles, MO (full-time) | Enrolled in Ranken Technical College, but withdrew following father's death and onset of Covid |
| 43 | Burger King, general Maintenance, St. Charles, MO (part-time) | |

4

| | |
|---|---|
| 43 | <u>ABM at Reckitt Benckiser,</u> via Nine2five temp service, Industrial Maintenance, St. Peters, MO (full-time) |
| 43-44 | <u>Drug Package, Inc (now Shamrock Labels</u>, Assembly Line Operator, Printing Press Operator. Hired via Employment Staffing Group temp service and offered a permanent position. (full-time) |

////////////////////////////////////////////////////////////////////////////////////////////////

| | |
|---|---|
| 44 | **Incarcerated since August, 2020 for current offense** |