copy

March 19, 2024

Dear Ms. Piotrowski,

Despite my objecting within 14 days after receiving a copy of my Presentence Report, and stating in writing my objections to material information and sentencing guideline ranges, my panel attorney, Z. Borowiak told me that he would not Object. He told me he is going to write the Court a letter instead.

I mailed you a copy of my Objections on the P.S.R. itself and now I am sending you a letter describing the objections (enclosed), so that they may be easier to read.

Since my panel attorney refuses to do so, would you please make these corrections to the current P.S. R.?

Mr. Borowiak's actions in regards to my case do not adhere to MO v. Frye or Lafler v. Cooper, U.S. Sup. Ct. 2012. Nor to my 6th Amendment rights under the U.S. Constitution.

Thank you for your consideration,
TJB
Thomas J. Bowles
TJB/dwf