March 31, 2024

Honorable Judge Ronnie L. White
Suite 10S
Thomas F. Eagleton U.S. Courthouse
111 S. 10th St.
St. Louis, MO  63102

Dear Honorable Judge White,

I am writing to you about my son, Thomas Bowles.  He is coming to your court this week to receive his sentence.  I am his mother, and I am respectfully asking you to please have mercy on him, and give him a lesser sentence.

Tom is a thoughtful and good person.  He was always willing to help anyone in need. When he was studying to be a paramedic some years ago, Tom saved the life of the little girl that lived next us.  She was choking and her brother ran over to our house to see if we could help because their parents were not at home.  Tom ran over right away and did the Heimlich maneuver and the little girl coughed up a piece of apple, and then she was fine.

My granddaughter who is disabled lived with us from the time she was about 12.  She is 6 years younger than Tom, but mentally younger because she has developmental disabilities.  Tom was always patient with her.  He would talk to her about eating healthy food because he was concerned about her getting diabetes, trying to get her to eat less fattening foods.  He taught her how to use exercise equipment like the treadmill.  She lost 40 pounds at one time.  She had a personal trainer, but Tom was her coach at home, helping her to watch her diet and exercise day by day.

Tom was always an excellent employee. He worked very hard, he was always on time, and he never took days off.  He was a hard worker, and a loyal employee.  He was such a reliable worker that Savers Thriftstore hired him back after he returned from jail one time.  He worked for that store until it closed down, shortly before his father died.  Tom always took classes as well. He tried to better himself. He tried to get training to be an EMT, then electrical mechanical training, and then he enrolled in a trade school that had job placement services.  But he kept getting bounced back into jail.

Tom would get out of jail on parole and do well for a while, going to school and working good jobs.  But, then he would wind up getting himself in trouble again, because of his mental health issues. He told me he wanted to commit suicide twice. Whenever he was on parole he would see a psychologist and a psychiatrist on his Medicaid insurance plan.  But, I don't think he was ever on the right medication.  Or sometimes he wouldn't take his medication because he didn't like the side effects.

Another reason he kept getting bounced back to jail was that the police seemed to have a grudge against him.  What happened is that Tom went to a hospital ER because he felt he was suicidal but they were very busy, and he became anxious waiting.  He made a phone call to talk to a detective at the O'Fallon police department, but she wasn't there.  He just wanted to talk to her, but they said he was harassing the detective.  A detective came to my house and showed me a photo from the hospital security camera, but I told him that I wasn't sure that it was Tom because it was fuzzy.  Then, I got a letter from the O'Fallon police saying that I had identified Tom in the photo.  They were nitpicking everything he did to get him back in prison.  They wanted him off the streets.  This was all because of an incident where 5 Marines ganged up on Tom in a parking lot in O´Fallon.  They said Tom cut one of the Marines on the face with a knife.  But, Tom only had an Exacto utility tool for his Electrical Mechanical work on his keychain, and he had his keys in his hands and was defending himself from the assault.  The police misrepresented what happened, and they never found the so-called knife, which was very suspicious.  The O´Fallon police are known for this kind of thing.  The police were always ready to catch him on something.  The detective said she feared for her life and her family's life.  He was railroaded.

The St. Charles police seemed out to get him as well.  One time, a girl called them and said Tom was harassing her.  But, this girl was always calling Tom!  She wanted him to get her a Target charge card so that he would pay for her charges, and things like that.  She had done this to another guy in Chicago.  This was added on to his record, though and now he had two harassment cases on his record.  I wish we had never moved to St. Charles, it is too close to O´Fallon!

Tom´s late father always tried to help Tom.  His father even confronted the detective who accused Tom of harassment, when she came to our house. He said to her *"You´re out to get my son on anything to put him back in jail!"*  Ever since Tom got 16 years on a statutory rape when he was 25, it seems like he had a target on his back.  He made so many mistakes, even though he tried so hard to better himself.  I think it is because he was not in his right mind, he just wasn't thinking straight.

Honorable Judge White, please give Tom a lesser sentence so that he can get on the correct medications and get counseling.  He is a good person, in spite of his mental illness, he has hurt himself more than anyone else.  Thank you for reading my letter.

Sincerely,

*Ida Bowles*

Ida Bowles

FROM:

Ida Bowles
2005 St. Andrews Dr.
Apt. #623
St. Charles, MO
63301

TO:

Hon. Judge R.L. White
Suite 10 S
Eagleton Courthouse
111 S. 10TH St.
St. Louis, MO 63102

CONFIDENTIAL

RECEIVED
APR 03 2024
BY MAIL