# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THOMAS J. BOWLES, )<br>)<br>Defendant. ) | Case No. 4:20-cr-00468-SEP |

## MEMORANDUM AND ORDER

Before the Court are Defendant Thomas J. Bowles's Motion to Proceed in Forma Pauperis, Doc. [275], and Motion to Compel and Produce Documents, Doc. [274]. Defendant did not accompany his motions with any requests for collateral review of his conviction. For the reasons set forth below, both motions will be denied as premature.

Defendant states that he needs the documents in his case file in order to prepare a 28 U.S.C. § 2255 motion, Doc. [274] at 1, and seeks leave to bring such a motion without paying fees and costs, Doc. [275].

Defendant's request for IFP status will be denied because it does not pertain to any petition, motion, or other application for substantive relief currently pending before the Court. *See United States v. Groce,* 838 F. Supp. 411, 413 (E.D. Wis. 1993) ("28 U.S.C. § 1915(a) does not authorize a party to proceed in forma pauperis" when the request is "disencumbered from a pending action"). Defendant apparently *intends* to commence a post-conviction proceeding under 28 U.S.C. § 2255 at some time in the future, but no such proceeding has been initiated as yet. Because Defendant's IFP application does not pertain to any other pending substantive proceeding, his request for IFP status will be denied.

His motion for documents is likewise premature. The Eighth Circuit held in *United States v. Losing,* 601 F.2d 351, 352 (8th Cir. 1979) (*per curiam*), that any request for documents or transcripts "prior to the filing of a section 2255 complaint is premature." Because Defendant has not yet filed a motion for relief under § 2255, the Courts concludes that Defendant's request for documents is premature and will be denied.

If Defendant wishes to file a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, he may file a new civil action doing so. If he chooses to file such an action, he

must file the motion on a Court-provided form. Defendant may then file any other appropriate motion, such as a motion to proceed IFP, in that matter.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel and Produce Documents, Doc. [274], is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant's Motion to Proceed *in Forma Pauperis*, Doc. [275] is **DENIED** without prejudice.

**IT IS FINALLY ORDERED** that the Clerk shall mail to Defendant Bowles a copy of the Court's form Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.

Dated this 30th day of October, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE